# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **JERMAINE ANDERSON** | **CIVIL ACTION NO. 5:24-cv-1719** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WOODREAL ESTATES 506 L L C ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 9] previously filed herein, having thoroughly reviewed the record, noticing the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Jermaine Anderson's Complaint and Amended Complaint [Doc. Nos. 1, 6] are **DISMISSED WITH PREJUDICE** for failure to state a claim on which relief may be granted.

**MONROE, LOUISIANA**, this the 24th day of January 2025.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE